IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:06cr137HTW-JCS

LAVONNE HAMILTON

## AGREED ORDER TO STAY SENTENCING

COMES Lavonne Hamilton, by counsel, and moves the Court to Stay Sentencing in the above styled and numbered cause and for grounds in support thereof would show:

1. That on November 19, 2007, Movant entered a plea of guilty in the above captioned cause and sentencing is set for January 31, 2008; and,

2. That the Plea Agreement contains a provision for a downward departure pursuant to U.S.S.G. § 5K1.1(a)(1)-5 for substantial assistance; and,

3. That cooperation is on-going and both the Government and the Defendant need more time to accomplish same; and,

4. That Sentencing should be Stayed for at least 30 days in order to continue interviewing Movant.

SO ORDERED this the 31st day of January, 2008.

**s/ HENRY T. WINGATE**

Chief United States District Judge

SUBMITTED BY:
/s/Samuel H. Wilkins
SAMUEL H. WILKINS, Counsel for Defendant

AGREED:
/s/ *Carla J. Clark*
CARLA J. CLARK, Assistant U.S. Attorney

1